1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   ERIN A. CORNELL  Bar No. 227135
3  erin.cornell@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, CA  94105-1008
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Plaintiff
7  METROPOLITAN LIFE INSURANCE COMPANY

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  METROPOLITAN LIFE INSURANCE        Case No. C 10-02309 BZ
    COMPANY,
13                                     **[PROPOSED] ORDER GRANTING
                    Plaintiff,         METROPOLITAN LIFE INSURANCE
14                                     COMPANY'S ADMINISTRATIVE
         v.                            MOTION TO REMOVE INCORRECTLY
15                                     FILED DOCUMENT**
    CYNTHIA ZUNIGA; M. ZUNIGA III, a
16  minor; SUSAN SNYDER,

17                  Defendants.

18
19
20
21
22
23
24
25
26
27
28

1  Plaintiff Metropolitan Life Insurance Company's administrative motion to remove
2  incorrectly filed document, Docket No. 6, is hereby GRANTED.  The clerk is ordered to remove
3  document no. 6 from the docket of this case.
4  IT IS SO ORDERED.



HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

DENIED.  The Court cannot remove a document from the file once it has been filed.  However, the Court has blocked document no. 6 from any public view.

Dated: 8/24/2010