IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA ZUNIGA, et al.,<br><br>Defendants.<br>_____/ | No. C 10-2309 SBA (JSC)<br><br>**ORDER RE RESPONSE TO PLAINTIFF'S MOTION TO DEPOSIT FUNDS WITH THE COURT AND DISCHARGE AND MOTION FOR ATTORNEYS' FEE COSTS** |

On June 15, 2011, the District Court referred a motion to deposit funds and motion for attorneys' fees, Doc #31, to Magistrate Judge Jacqueline Scott Corley. On June 8, 2011, defendant Susan Snyder Gerros filed a response, Doc #33, consenting to discharge or deposit of funds with the court by plaintiff but objecting to the award of attorneys' fees to plaintiff at the expense of defendant Snyder. If defendant Cynthia Zuniga intends to file a response to Doc #31 with the Court, this response shall be submitted on or before June 22, 2011.

**IT IS SO ORDERED.**

Dated: June 17, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE