SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA ZUNIGA; M. ZUNIGA III, a minor; SUSAN SNYDER,<br><br>Defendants. | Case No. 4:10-cv-02309 SBA (JSC)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:  August 26, 2011<br>Time: 9:30 a.m.<br>Ctrm.: E, 15th Floor (San Francisco)<br><br>Honorable Jacqueline Scott Corley |

    This is an interpleader action involving $145,911 in life insurance benefits.  (ECF No. 1.) On July 1, 2011, the Court ordered all parties participate in a settlement conference on August 26, 2011 at 9:30 a.m.  (ECF No. 45.)  Plaintiff Metropolitan Life Insurance Company ("MetLife") hereby respectfully requests that its representative be allowed to appear at the settlement conference by telephone.  MetLife's counsel, Rebecca A. Hull, will appear at the settlement conference in person.

    The person at MetLife who is responsible for this matter is located in New York.

    MetLife does not dispute that life insurance benefits at issue are owed.  Rather, MetLife seeks merely to deposit the disputed life insurance benefits with the Court, and has a motion to

SF/2277205v1

REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER

1  deposit said funds and to be discharged from the action currently pending before the Court.
2  (ECF No. 31.)  Alternatively, MetLife seeks to pay the disputed life insurance benefits to
3  whomever the Court determines is the rightful beneficiary, or pursuant to any agreement that the
4  defendants may reach at the settlement conference.  Accordingly, MetLife does not foresee that
5  the telephonic appearance by its representative at the settlement conference would create any
6  obstacles to settlement or otherwise negatively impact the parties' discussions.
7      MetLife has notified all defendants that it is requesting the Court's permission for its
8  representative to appear at the settlement conference by telephone.
9      Respectfully submitted:
10  DATED: July 15, 2011    SEDGWICK LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Plaintiff
    METROPOLITAN LIFE INSURANCE COMPANY

### ORDER

Pursuant to plaintiff Metropolitan Life Insurance Company's request, it is hereby ORDERED that Metropolitan Life Insurance Company's representative may appear at the settlement conference by telephone.

IT IS SO ORDERED.

DATED: July 15, 2011



HON. JACQUELINE SCOTT CORLEY

DENIED
Judge Jacqueline Scott Corley

SF/2277205v1

2
REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER