SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

FREITAS TSENG & KAUFMAN LLP
ROBERT E. FREITAS Bar No. 80948
rfreitas@ftbklaw.com
100 Marine Parkway, Suite 200
Redwood City, CA  94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Defendants
Cynthia Zuniga, M. Zuniga III, a minor

| MORRIS, POLICH & PURDY, LLP | FETHERSTON EDMONDS, LLP |
|---|---|
| MARK HELLENKAMP  Bar No. 144708 | STEVEN M. LIPPOLD OSB # 90323, *pro hac vice* |
| mhellenkamp@mpplaw.com | slippold@FetherstonEdmonds.com |
| 501 W. Broadway, #500 | 960 Liberty Street SE, Suite 110 |
| San Diego, California  92101-3544 | Salem, Oregon 97302 |
| Telephone:    (619) 557-0404 | Telephone:    (503) 581-1542 |
| Facsimile:    (619) 557-0460 | Facsimile:    (503) 585-389 |

Attorneys for Defendant
Susan Snyder

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 4:10-cv-02309 SBA (JSC) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CYNTHIA ZUNIGA; M. ZUNIGA III, *a minor*; SUSAN SNYDER, | |
| Defendants. | |

SF/2639039v1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATED: March 6, 2012          SEDGWICK LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Erin A. Cornell
Attorneys for Plaintiff
Metropolitan Life Insurance Company

DATED: February 28, 2012     FREITAS, TSENG & KAUFMAN LLP

By: /s/ Robert E. Freitas (as authorized on 2/28/2012)
Robert E. Freitas
Attorneys for Defendants
Cynthia Zuniga and M. Zuniga III, a minor

DATED: February 15, 2012     FETHERSTON EDMONDS, LLP

By: /s/ Steven M. Lippold (as authorized on 2/15/2012)
Steven M. Lippold
Attorneys for Defendant
Susan Snyder

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/7/12

_Saundra B. Armstrong_
HONORABLE SAUNDRA ARMSTRONG