1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   ERIN A. CORNELL  Bar No. 227135
3  erin.cornell@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:     (415) 781-7900
5  Facsimile:     (415) 781-2635

6  Attorneys for Plaintiff
   Metropolitan Life Insurance Company
7
   FREITAS TSENG & KAUFMAN LLP
8  ROBERT E. FREITAS Bar No. 80948
   rfreitas@ftbklaw.com
9  100 Marine Parkway, Suite 200
   Redwood City, CA  94065
10 Telephone:     (650) 593-6300
   Facsimile:     (650) 593-6301
11
   Attorneys for Defendants
12 Cynthia Zuniga, M. Zuniga III, a minor

13 MORRIS, POLICH & PURDY, LLP              FETHERSTON EDMONDS, LLP
   MARK HELLENKAMP  Bar No. 144708          STEVEN M. LIPPOLD OSB # 90323, *pro*
14 mhellenkamp@mpplaw.com                   *hac vice*
   501 W. Broadway, #500                    slippold@FetherstonEdmonds.com
15 San Diego, California  92101-3544        960 Liberty Street SE, Suite 110
   Telephone:     (619) 557-0404            Salem, Oregon 97302
16 Facsimile:     (619) 557-0460            Telephone:     (503) 581-1542
                                            Facsimile:     (503) 585-389
17

18 Attorneys for Defendant
   Susan Snyder
19

20                        UNITED STATES DISTRICT COURT

21                       NORTHERN DISTRICT OF CALIFORNIA

22

23 METROPOLITAN LIFE INSURANCE              Case No. 4:10-cv-02309 SBA (JSC)
   COMPANY,
24                                          **STIPULATION AND ORDER FOR**
                  Plaintiff,                **DISMISSAL WITH PREJUDICE**
25
       v.
26
   CYNTHIA ZUNIGA; M. ZUNIGA III, *a*
27 *minor*; SUSAN SNYDER,

28                Defendants.

SF/2639039v1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATED:  March 6, 2012         SEDGWICK LLP


By: /s/ Rebecca A. Hull
     Rebecca A. Hull
     Erin A. Cornell
     Attorneys for Plaintiff
     Metropolitan Life Insurance Company


DATED:  February 28, 2012    FREITAS, TSENG & KAUFMAN LLP


By: /s/ Robert E. Freitas (as authorized on 2/28/2012)
     Robert E. Freitas
     Attorneys for Defendants
     Cynthia Zuniga and M. Zuniga III, a minor

DATED:  February 15, 2012    FETHERSTON EDMONDS, LLP


By: /s/ Steven M. Lippold (as authorized on 2/15/2012)
     Steven M. Lippold
     Attorneys for Defendant
     Susan Snyder

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/7/12

_____
HONORABLE SAUNDRA ARMSTRONG